UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD PATTERSON,<br><br>Defendants | )<br>)<br>)<br>)<br>)  Criminal No. 21-MJ-2771-MBB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## GOVERNMENT'S MOTION TO PARTIALLY UNSEAL

The United States of America hereby moves this Court to direct that the affidavit be partially unsealed in the form attached hereto. In support of this motion, the government states that the defendant, Ronald Patterson has been arrested. Thus, there is no further reason to keep the affidavit sealed as to him. Because the co-defendants have not yet been arrested, the government requests that the affidavit remain partially sealed, and that only the attached redacted affidavit be made public at this time.

                                                                                 Respectfully submitted,
                                                                                 RACHAEL S. ROLLINS
                                                                                 United States Attorney

                                            By:    /s/ *Evan Gotlob*
                                                              Evan Gotlob
                                                              Assistant United States Attorney
                                                              Date: January 20, 2022